192 So. 915

**O. W. JONES v. CITY OF TUSCALOOSA.**

**6 Div. 577.**

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

195 So. 909

**O. D. JONES v. CITY OF TUSCALOOSA.**

**6 Div. 587.**

Court of Appeals of Alabama.

April 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

195 So. 909

**W. D. JONES v. CITY OF TUSCALOOSA.**

**6 Div. 480.**

Court of Appeals of Alabama.

April 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

196 So. 904

**Dock JONES v. STATE.**

**6 Div. 603.**

Court of Appeals of Alabama.

April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

199 So. 911

**James JONES v. STATE.**

**4 Div. 616.**

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

195 So. 909

**J. Shelby JONES v. STATE.**

**4 Div. 539.**

Court of Appeals of Alabama.

April 2, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.